UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**        **CASE NUMBER: 06-20050**
                                      **HONORABLE VICTORIA A. ROBERTS**

v.

**WILLIE PARKER,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 10, 2006, Magistrate Judge R. Steven Walen submitted a Report and Recommendation **[Doc. 27]** recommending that the Court deny Defendant Willie Parker's Motion to Suppress Evidence **[Doc. 15]**. Because the Court has not received objections within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Defendant's Motion to Suppress Evidence.

    **IT IS SO ORDERED.**

                                                S/Victoria A. Roberts
                                               Victoria A. Roberts
                                               United States District Judge

Dated: July 31, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 31, 2006.

S/Carol A. Pinegar
Deputy Clerk